UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**DIANA R. KERNS, et al.**                                                                  **PLAINTIFFS**

v.                                                      **CIVIL ACTION NO. 3:07CV-154-S**

**THE RAWLINGS COMPANY LLC**                                           **DEFENDANT**

### ORDER REMANDING SETTLEMENT CONFERENCE AND RECOMMENDING ORDER OF DISMISSAL

Counsel having advised the Court that a settlement of all claims has been reached among the parties,

**IT IS HEREBY ORDERED** that the settlement conference scheduled for June 4, 2008, is **REMANDED** from the docket of this action.

The undersigned recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within 30 days after entry of the order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.

Copies to Counsel of Record