# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**DIANA R. KERNS, et al**      **PLAINTIFF**

**VS**      **CIVIL ACTION NO. 3:07CV-154-S**

**THE RAWLINGS COMPANY, LLC**      **DEFENDANT**

**ORDER**

Counsel having notified the Court of a settlement in this matter, **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Dated:

Copies to counsel