UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| DIANA KERNS, LELEHNA HODGE<br>And ROBIN GARR | ) ) ) | |
| PLAINTIFFS | ) ) | CASE NO. 3:07CV-154-S |
| v. | ) ) ) | |
| THE RAWLINGS COMPANY, LLC | ) ) | |
| DEFENDANT | ) | |

## AGREED ORDER DISMISSING SETTLED

The Parties having agreed, and the Court being sufficiently advised,

It is hereby ordered that the within action shall be, and hereby is dismissed, with prejudice.

Each side will pay its own costs and attorney fees.

This is a final order.

HAVE SEEN AND AGREED:

/s/ C. Laurence Woods III
C. Laurence Woods III
lwoods@fbtlaw.com
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Attorney for Defendants

/s/ Charles W. Miller w/permission
Miller & Falkner
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
(502) 583-2300
Attorney for Plaintiffs